```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/10/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
APEX NEVADA SOLAR, LLC,

                Petitioner,

-against-

CHANGZHOU TRINA SOLAR ENERGY
CO., LTD.,

                Respondent.

22 Civ. 3241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 20, 2021, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly,

1. By **June 9, 2022**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **June 30, 2022**, Respondent shall file its opposition papers; and

3. By **July 14, 2022**, Petitioner shall file its reply, if any.

By **May 16, 2022**, Petitioner shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311. By **May 20, 2022**, Petitioner shall file an affidavit of such service.

SO ORDERED.

Dated: May 10, 2022
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge