UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APEX NEVADA SOLAR, LLC,

               Petitioner,

-against-

CHANGZHOU TRINA SOLAR ENERGY CO., LTD.,

               Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/7/2022_

22 Civ. 3241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 20, 2022, the Court extended the deadline for Petitioner to serve Respondent until August 16, 2022. ECF No. 10. Accordingly, all other deadlines in this matter are ADJOURNED *sine die*. The Court shall set new deadlines once service is complete.

    The Clerk of Court is directed to terminate the motion at ECF No. 12.

    SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge