UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APEX NEVADA SOLAR, LLC,

                Petitioner,

-against-

CHANGZHOU TRINA SOLAR ENERGY
CO., LTD.,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/28/2022_

22 Civ. 3241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Petitioner's letter dated July 22, 2022. ECF No. 14. Accordingly, by **August 17, 2022**, Petitioner shall file a letter detailing its evaluation of alternative means of service and, if possible, proposing an alternative method of service. The August 16, 2022 deadline for service is ADJOURNED to **October 18, 2022**.

    The Clerk of Court is direct to terminate the pending motion at ECF No. 14.

    SO ORDERED.

Dated: July 28, 2022
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge