UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APEX NEVADA SOLAR, LLC,

               Petitioner,

-against-

CHANGZHOU TRINA SOLAR ENERGY CO., LTD.,

               Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2022
```

22 Civ. 3241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because Respondent has now appeared in this matter, *see* ECF Nos. 21 and 22, by **September 20, 2022**, the parties shall submit a joint letter regarding the status of service and Petitioner's pending motion for alterative service, ECF No. 18.

    SO ORDERED.

Dated: September 6, 2022
        New York, New York

                                      ANALISA TORRES
                                  United States District Judge