```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
APEX NEVADA SOLAR, LLC             :

    Petitioner,                    :

  -against-                            :  Civil Action No. 1:22-cv-03241

CHANGZHOU TRINA SOLAR ENERGY       :
CO., LTD.

    Respondent.
------------------------------------ X

## STIPULATION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT THEREON

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, by Apex Nevada Solar, LLC ("Apex") and Changzhou Trina Solar Energy Co., Ltd., now known as Trina Solar Co. Ltd. ("Trina") that, pursuant to 9 U.S. Code § 9, the final arbitration award rendered on April 21, 2021, by Eli R. Mattioli of the American Arbitration Association, attached hereto as Exhibit 1, shall be and hereby is Confirmed and Judgment may be entered thereon.

Dated: New York, New York
       October 3, 2022

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| /s/ *James W. Brown*_____ | /s/ *Jenna C. Hutchinson*_____ |
| Timothy G. Nelson | Jenna C. Hutchinson |
| James W. Brown | Jason D. McLarry |
| One Manhattan West | 875 Third Avenue |
| New York, New York 10001 | New York, New York 10022 |
| Tel: (212) 735-3000 | Phone: (212) 704-6000 |
| timothy.g.nelson@skadden.com | Jenna.Hutchinson@troutman.com |
| james.brown@skadden.com | Jason.McLarry@troutman.com |
| *Attorneys for Respondent* | *Attorneys for Petitioner* |

2

SO ORDERED.

Dated: October 27, 2022
New York, N.Y.

_____
Analisa Torres
United States District Judge